IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:   Myles-Bouldin, Yolanda | Case Number:   04 B 02600 |
| | Judge:  Wedoff, Eugene R |
| Printed: 02/24/09 | Filed:  1/22/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Completed: February 5, 2009
Confirmed:  April 8, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 34,200.00 | |
| Secured: | | 21,478.47 |
| Unsecured: | | 8,392.87 |
| Priority: | | 0.00 |
| Administrative: | | 2,200.00 |
| Trustee Fee: | | 1,900.66 |
| Other Funds: | | 228.00 |
| Totals: | 34,200.00 | 34,200.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Schottler & Zukosky | Administrative | 2,200.00 | 2,200.00 |
| 2. | Wells Fargo Home Mortgage | Secured | 0.00 | 0.00 |
| 3. | Wells Fargo Home Mortgage | Secured | 9,182.69 | 9,182.69 |
| 4. | Chrysler Financial Services Americas LLC | Secured | 12,295.78 | 12,295.78 |
| 5. | United States Dept Of Education | Unsecured | 4,234.16 | 8,088.34 |
| 6. | Nicor Gas | Unsecured | 149.42 | 285.43 |
| 7. | City Of Chicago Dept Of Revenue | Unsecured | 10.00 | 19.10 |
| 8. | Nuvell Credit Company LLC | Secured | | No Claim Filed |
| 9. | Nuvell Credit Company LLC | Secured | | No Claim Filed |
| 10. | Schottler & Zukosky | Priority | | No Claim Filed |
| 11. | AFNI | Unsecured | | No Claim Filed |
| 12. | Cross Country Bank | Unsecured | | No Claim Filed |
| 13. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 14. | Encore | Unsecured | | No Claim Filed |
| 15. | AT&T Broadband | Unsecured | | No Claim Filed |
| 16. | Island One Inc | Unsecured | | No Claim Filed |
| 17. | Merchants Credit Guide | Unsecured | | No Claim Filed |
| 18. | Midwest Emergency | Unsecured | | No Claim Filed |
| 19. | Pinnacle Mangement Services Inc | Unsecured | | No Claim Filed |
| 20. | Phone Co Credit Union | Unsecured | | No Claim Filed |
| 21. | Monterey Financial Services | Unsecured | | No Claim Filed |
| 22. | Resort Financial Specialists | Unsecured | | No Claim Filed |
| 23. | SBC | Unsecured | | No Claim Filed |
| 24. | Resort Financial Specialists | Unsecured | | No Claim Filed |
| 25. | Village of Dolton | Unsecured | | No Claim Filed |
| | | | $ 28,072.05 | $ 32,071.34 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Myles-Bouldin, Yolanda | Case Number: 04 B 02600 |
| | Judge: Wedoff, Eugene R |
| Printed: 02/24/09 | Filed: 1/22/04 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 7% | 124.04 |
| 4% | 71.52 |
| 6.5% | 342.70 |
| 3% | 53.64 |
| 5.5% | 262.24 |
| 5% | 59.60 |
| 4.8% | 143.04 |
| 5.4% | 561.74 |
| 6.6% | 282.14 |
| | $ 1,900.66 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by: